IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE DUNCAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:15CV419-WHA |
| ) | |
| STATE OF ALABAMA, STATE OF ) | (wo) |
| ALABAMA DEPARTMENT OF ) | |
| TRANSPORTATION, BILL FLOWERS, ) | |
| and KELLY BRENDLE, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, FINAL JUDGMENT is entered in favor of the Defendants and against Janice Duncan.

Costs are taxed against the Plaintiff.

Done this 27th day of April, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE